NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

————————————

**JERRY C. HULSEY,**
*Claimant-Appellant,*

v.

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

————————————

2014-7112

————————————

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-642, Judge Coral Wong Pietsch.

————————————

**ON MOTION**

————————————

**O R D E R**

Jerry C. Hulsey moves without opposition for an extension of time, until November 27, 2014, to file his principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

2                          HULSEY v. MCDONALD


    The motion is granted to the extent that Hulsey's principal brief is due no later than December 1, 2014.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27